**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT R. HAWK, <br> CECILIA JO HAWK, <br>     Plaintiffs, <br><br> v. <br><br> CONSOLIDATED RESTAURANT <br> OPERATIONS, INC., <br>     Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 3:03-CV-0399-B <br> ECF |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant Consolidated Restaurant Operations, Inc. ("CRO") files this Response to Plaintiffs' Motion for Summary Judgment. Pursuant to Local Rule 56.4, CRO separately files its Brief in Support of Response to Plaintiffs' Motion for Summary Judgment, which contains the factual and legal grounds CRO relies upon in opposition to Plaintiffs' motion.

Respectfully submitted,

BY: _/s/ Brent E. Basden_
Matthew G. Nielsen
Texas State Bar No. 24032792
Mark A. Shank
State Bar No. 18090800
Brent E. Basden
Texas State Bar No. 24047828
Carolyn B. Tapie
State Bar No. 24046948

Dallas, Texas 75201
214-939-5500 Phone
214-939-5849 FAX
nielsen@hughesluce.com - E-Mail
mshank@hughesluce.com – E-Mail
brent.basden@hughesluce.com – E-Mail

**ATTORNEY FOR DEFENDANT
CONSOLIDATED RESTAURANT
OPERATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of October, 2006, a true and correct copy of the foregoing document has been served via certified mail, return receipt requested, upon the following:

Sheldon E. Richie, Esq.
Richie & Gueringer, P.C.
100 Congress Avenue
Suite 1750
Austin, Texas 78701

Guy Gueringer, Esq.
Matthew F. Wymer, Esq.
Richie & Gueringer
112 East Pecan Street, Suite 1420
San Antonio, Texas 78205

_____
Brent E. Basden